**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JULIET MIRANDA,

                Plaintiff,                                    19 **CIVIL** 10387 (BCM)

-v-                                                   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                          Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 19, 2020, that the decision of the Commissioner of Social Security is reversed and that this action is remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
            November 19, 2020

                                                              **RUBY J. KRAJICK**

                                                               **Clerk of Court**
                                    **BY:**
                                                                **Deputy Clerk**